**Location:** Charlotte, NC  
**Total Works Infringed:** 116

**IP Address:** 98.24.169.163  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B7FED358279E9DFB1F4AC53FBD793535B5BD700F<br>File Hash:<br>68393117762F6CAA5518BDDE37E3215A7F0AD368F590E9752F5DD9ACAD049872 | 05-08-2023 20:46:11 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 2 | Info Hash: C990E27DD9E35E65BA0AC86DF1E223F5D1042FB8<br>File Hash:<br>4CC2ED27B58026B705993370F1DF0AFDD48830B4755038F1C95CA8E637B5F3F8 | 04-30-2023 19:27:51 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 3 | Info Hash: 687BF229F885DE53EFCBBD498806CFE0B189E9DB<br>File Hash:<br>327979B2687E1219524B3C33CEA00B5AF2264AF76632DEB7AE5E1F8F22D56F2E | 04-05-2023 19:26:18 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 4 | Info Hash: 59DD288BAADF757205CE3C3D12775311336DBC5A<br>File Hash:<br>E4B93F1FED8D0E4337F296DAED5853EF61ABEC297606DF842E7A116EF9574F93 | 04-03-2023 20:41:39 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 5 | Info Hash: 6986865E880CC7514EDC349215F0723011F5CFA9<br>File Hash:<br>37325896470544A1210F26EF112AB857CC4839E03DB2C8966FFE26736FFFF8F0 | 03-29-2023 02:18:19 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 6 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-26-2023 15:20:45 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 7 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash:<br>C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 03-19-2023 16:13:39 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 8 | Info Hash: BD8D30C9721791D959D3E309C661C654E1BACD88<br>File Hash:<br>DC4312BC488E11791A367956A3776DBB35F06E3E4E564B7F8E2FDAAF071DA7A4 | 03-13-2023 08:01:07 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 9 | Info Hash: E9DC808B6BF5AB329518825488B6DDC7ED6562FF<br>File Hash:<br>1D4C384C273DDBE7A07C5478FDED2AE633091CA0F7DBFDCC81F8CDA1AC226007 | 03-06-2023 20:27:19 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 10 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash:<br>84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 03-01-2023 17:48:18 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 11 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash:<br>6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 02-28-2023 16:55:56 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EF594B74C2AABCDECD370925D345C24AF632DDF3<br>File Hash: F627E6763002FE8DFDC5D97D64B436BF155E8DF3437FC7ED728D3B1FD9F02181 | 02-27-2023 14:49:16 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 13 | Info Hash: 1A618EF49402930C1C538EF14A6F18918A438983<br>File Hash: 6CADAB282554DF20A5EC1538F9C7B8D56396A85EE63E7E188D8ACD266FE83143 | 02-21-2023 18:33:30 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 14 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash: 08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 02-15-2023 17:43:36 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 15 | Info Hash: FE3289A7C542CCAB30F3B0E37C2E9E145B3ECC5C<br>File Hash: CAE60E55B10CF11927E5271B96FB56FC16799F7D4A258B422B354DBC34F0AE07 | 02-14-2023 13:03:34 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 16 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-11-2023 15:40:06 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 17 | Info Hash: 7597C80EAED55D7164C40D01EBF6C15DE4268AC4<br>File Hash: 33D88076F624E2684D967825035828CC25CBFBB4B29E49E25A0A199E20015A14 | 02-07-2023 18:21:02 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 18 | Info Hash: 89A1B4D1F12E6DFAE02ACA7A826A3F026370983F<br>File Hash: 3D313A2A5A266B793BF55B69B8084D4C8807B20140D8382EFD7803C04570EC76 | 02-06-2023 17:30:43 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 19 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-05-2023 19:25:54 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 20 | Info Hash: 859CE452D047108C0906D5D7D5D566175C2782D0<br>File Hash: 631FE77C717D6660123AB8DE8B89644C85A8D0BBCAE9FE2FDC3FE161D89F6A75 | 02-02-2023 20:21:10 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 21 | Info Hash: FAD746B7C6CA3175501C0B1506FC875459B54B5F<br>File Hash: C347007DF81240F85A873822DD50167BCEF3CB410708DD7362E68C48FDA54C26 | 01-31-2023 01:39:39 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 22 | Info Hash: 2C8A50F87888282D605BD3200D883844F964E253<br>File Hash: B69C16B8BE8F33F10DDCE5BE221A93C48FBAF1CE28E52B1A03B859B2695A5377 | 01-24-2023 20:30:14 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 23 | Info Hash: 899A2F207BA1A21B6E325D202DF05C0D0D4F9FFA<br>File Hash: 0C9A8F7F3C5E6738180B17B461DDA5E9D33030E6A1A461F97D3A261558CD8109 | 01-15-2023 17:28:28 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01-08-2023 17:37:08 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 25 | Info Hash: 43AE3B514C855B60DB2D0B78085D6DE14F890B76<br>File Hash: F6ECE9B067EA9898CD4EBEDB35B9CE1A6AC4D7234B8F7C8E636EA347F5DA277F | 01-05-2023 20:56:40 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 26 | Info Hash: F3CBECF9A5AA2043CE3A587FE5A11FA1548D19CF<br>File Hash: 314FCA1CE426E7DBA0D73687F33F6D006927C0AA420BFAFBC071A4DD5F9A00CD | 01-04-2023 01:08:29 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 27 | Info Hash: 7A72DB744F6131F22E7A8123AC5E6D2753A33CCD<br>File Hash: 19AFC608C88F77598A3519E6F1CF86564005C1FF17491B3EDD38CD1C6079573A | 01-03-2023 01:48:38 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 28 | Info Hash: C0EE52C628BBB3CB1DDEA783D867A9675A1BAFF1<br>File Hash: 33953DA72149AA36B404F352CA118B089BF49A70175C700A253B568816683F35 | 12-27-2022 06:22:05 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 29 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash: 4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-25-2022 13:19:17 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 30 | Info Hash: F47B504EA4F209B90C56123FF967C4581034AD13<br>File Hash: 775A6AEB4FD1B174CF49CD0866715D9EB2EA7A5509100F17F748030071420079 | 12-20-2022 22:39:38 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 31 | Info Hash: F40926CD454C2FA1BA80F98FF72792BFAC73B4DE<br>File Hash: A62BEA838E5EB94261ADF283422A0BA02F34D9250E11DAE00E8F97D221E41DBA | 12-07-2022 01:18:37 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 32 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash: DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 11-21-2022 23:05:26 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 33 | Info Hash: A25685687023EF84BFF6D91D0BBD873DC0F6B275<br>File Hash: D104235CB186000257EFEC44D37009138ED666B5A0AF953262BC8DC8878B6C1E | 11-15-2022 21:51:09 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 34 | Info Hash: 683D195A59B4317C2B5992238F449715DD90C483<br>File Hash: 744348309CE9A164A053E1EF75B42125425425CF45F1FE2ED70F3C26ED3E67E8 | 10-31-2022 21:21:08 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 35 | Info Hash: DF53778C7A3AEE59B67DAEB1EECE861118658A5F<br>File Hash: 9F7ABE255300D0E02550A722BCD6E463FE4E743075709D1EC78803DC84F3AE06 | 10-31-2022 15:07:19 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash:<br>F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-19-2022 02:48:53 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 37 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-17-2022 20:58:15 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 38 | Info Hash: 09CCA508E03DDF7761465A3DA9A31FEDDF0121E4<br>File Hash:<br>8AB17482059F60CACC1844D573721A3F38E3BB9AE7FFAC2E9F5C225926C19BB0 | 10-17-2022 20:36:36 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 39 | Info Hash: 2A3C64074B1D96F03BE7B7FA23AD03C029B283E8<br>File Hash:<br>8C9127337D18278BA9ECA1760E75ED24932DAD66C2D83F6650F46625B75B37F8 | 10-11-2022 19:53:32 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 40 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash:<br>93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10-04-2022 19:07:53 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 41 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash:<br>A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 10-04-2022 19:04:30 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 42 | Info Hash: CC16D8069A00533E154BE945252392C5B6D09FE6<br>File Hash:<br>3AC6ED60709233778F4852EA70622A51EB9F9EC6F75A0BE109859A92F7F984BE | 09-26-2022 07:53:17 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 43 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash:<br>54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 09-19-2022 15:26:45 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 44 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash:<br>CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-19-2022 15:25:45 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 45 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash:<br>FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-04-2022 14:47:25 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 46 | Info Hash: 950BCFC49021FB69D63CF67F9B823C075E79C23E<br>File Hash:<br>734C792C9FF25A3F26A5C1BEAA69FF3DAA0F5960B1291EAD0D737E07BEFD93BC | 08-30-2022 03:33:49 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 47 | Info Hash: 57D38984B201F44F8712EBFB996E659BB0298148<br>File Hash:<br>D83539C6D18437AECC449DBF1FBC2782151D08C938DB1169AEB616391BD7EA15 | 08-22-2022 20:57:56 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: BC9B734ECFA71CA5DD4B0C8BFF63DCFC902B4E3D<br>File Hash: E8D259C7E52328D88E0892DC5B27907354B2A6DCF45A77FD9C824FD513CB2824 | 08-03-2022 23:24:37 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 49 | Info Hash: A2FF0472396474AF01A302320969630BEE58C703<br>File Hash: E950273F0BD5906BAE7B71639110DF7EE2018AFC70DFDB96D94A72792FB17A64 | 07-25-2022 22:59:46 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 50 | Info Hash: 7AEAC849402221B53E9FA3842C690CD389EF0BC0<br>File Hash: B2748A1FB7CAF8B968E86427B0AB494534BD910A58296ACBFD649CA10F907102 | 07-21-2022 01:16:43 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 51 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 07-18-2022 00:49:00 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 52 | Info Hash: DBA674E141B23DCD03F78CE3C175EB5F379FEB21<br>File Hash: 5E9C1F1CECDDAAB442B2745AE8EBD3C988830875C5BE3C3B6868B6DAD120A0AC | 07-12-2022 21:40:41 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 53 | Info Hash: 8E99B1F19D69394AA6AD20CF38141C99C655334D<br>File Hash: 23EC76B8BD23BA28940D2A77EBC0C66CEC0DABF8822427C2993E3F1D9D16C037 | 07-12-2022 08:15:37 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 54 | Info Hash: 2F78F03C84E2A680BD954679AF6418805A70EF1E<br>File Hash: 90BAF10FE9DCD12F4EBB32126A7E52D019D2F931D1E3ABC94783D594792B4752 | 07-06-2022 22:53:24 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 55 | Info Hash: AAE348D90C4FA39840051273248DBE0EA9D7FE9D<br>File Hash: E562B3825FE50F9CC794DC8E409512EB0E44398E0F90D53EE11B138015C05EA5 | 07-03-2022 21:21:07 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 56 | Info Hash: 2256BC46342D17D1CF5E1880BA5D417225B299EA<br>File Hash: 543F1818F143D96BC8060DB93FB03BEF7F08406C535893A32421F8E4003B8B22 | 06-29-2022 20:34:56 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 57 | Info Hash: 38420ECBE7E43FCC35D5BD9E4114CF6BF9D1E08B<br>File Hash: B1F63F1C99245E9C5A34C57148DDFC6761083F67D3C8DDA827A0002FEFFDA637 | 06-19-2022 12:04:34 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 58 | Info Hash: DE1CF5EBF011112F1FEECC4705DA5EA9DD844034<br>File Hash: F931807CAD9DC7CF2BE0D01B2EEF2BBFED882B0260858DE28FC1161A88C3357B | 06-13-2022 20:03:22 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 59 | Info Hash: C6C37AE276F78A41F09A036DAD4CE1180C41CA73<br>File Hash: 0467A8099A6D1C5CEF004A827BA0B8EE4FB9CCED20F6182AFD5D826BD0B9EE6A | 06-07-2022 20:12:15 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 12A47D1732EF0ABDB92E22C0EEA8640B6DF89E38<br>File Hash: 4EE2F0D3F118432A17C855C11C38E91149515AED1EF422F2030D79F02A9C76B6 | 06-05-2022 20:57:14 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 61 | Info Hash: 79590811D6F7F9A1459ABEC2FA998EA44F3FF4D2<br>File Hash: 0A3A52E540EBBBD8436FCDADDF58D5FB3F4451155896B817323E4709FD09EA51 | 05-24-2022 21:28:17 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 62 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash: FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 05-22-2022 14:54:17 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 63 | Info Hash: D438D59BE854CC7D23D3F6E82193FE65EC2D560D<br>File Hash: 700F72C8084AC76393414F373867DC0F253AE2A45B67311DD30B5DFDE8434885 | 05-17-2022 21:27:48 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 64 | Info Hash: C174354B8FC2DF15F9D87535B08D3AF8DCACF608<br>File Hash: A2741516AAC01F46244E3E16DB0E56C9D51736047131EC0C1E92CF317E1EE2D5 | 05-16-2022 02:13:10 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 65 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash: 32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 05-08-2022 18:15:21 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 66 | Info Hash: 98D9632CEE8326D9BA4EC22F783C5DB694A8DB20<br>File Hash: D58D4A2E9DC7B4D3ABC9D54406493C8F733CDD2BDF1B4101189250EEE6D73CA3 | 05-04-2022 00:07:17 | Tushy | 05-01-2022 | 05-20-2022 | PA0002350375 |
| 67 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 05-02-2022 18:53:09 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 68 | Info Hash: E5044C340705C68E653525F264547C5210AFCD89<br>File Hash: 094536A798B5D33A31D65F4405E40AF93606C9725042CD04FD964B165E9BD263 | 04-27-2022 21:49:08 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 69 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash: A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 04-25-2022 19:53:07 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 70 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04-20-2022 22:00:06 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 71 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-18-2022 13:55:30 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 3F8F726B3F24D80E30B986EEEAFBB9AC89E11531<br>File Hash:<br>3CA6115AC35966837D6423E1023CEB80DFA9CD716C09D92AA424F6766D2FAB4A | 04-13-2022 22:29:32 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 73 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash:<br>9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 04-10-2022 17:05:44 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 74 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash:<br>A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-04-2022 16:03:23 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 75 | Info Hash: DBAEDD022D65069A73F314DBD734AB0AF25FEC4B<br>File Hash:<br>BAD52C4970ACA7C8E8B5BF7E1C4727C6BA41BC0AC2977D09FD28C0309DF1133D | 03-30-2022 20:45:41 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 76 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash:<br>1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 03-27-2022 18:20:16 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 77 | Info Hash: 12B9495EC2421BAB3E5F44BC084014B50EF107E8<br>File Hash:<br>A47D2A8EE157BA8EE377E4315EC21653C70F6766202FD283D79F8FEF6FDC0FDE | 03-23-2022 22:29:41 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 78 | Info Hash: 362BF6BAFF830391C6024C50DF931E6F4DEBDB7A<br>File Hash:<br>02DFE58180D4AD9BE540798B4FBF237C80920F1AE080072AE96470C6D30291AD | 03-22-2022 22:24:23 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 79 | Info Hash: B572A9C03493DE072C36172A26C0E96A56B4C67D<br>File Hash:<br>8E694A69A3DFD891418FFBA613BFA2677C111B73551A542E4801FBAE22FB05A9 | 03-20-2022 12:09:45 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 80 | Info Hash: 44211E5CC7CB68E1A98D3892E25162BA6D7966CD<br>File Hash:<br>3EE323AC9DA31919F3CEDC069988228CE9DC449E4F56136C5394E9C4C49E8A56 | 03-16-2022 20:53:37 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 81 | Info Hash: AF2E1589AAB91E7A727FF7C9CBAC250F4D3C40C4<br>File Hash:<br>42A50044E2FA23663195608280E6B80DE8CDF3E57A7685A3234D3512F5C25B6E | 03-15-2022 21:34:58 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 82 | Info Hash: 0E913315A3973DF6AD0BE9876D15FAB2DDF9D30E<br>File Hash:<br>63CD2C0A12F13494CF43FAF9B20A8DEAFF89DEB397B07172243EF45320B35E38 | 03-13-2022 16:44:06 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 83 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 02-27-2022 13:37:16 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02-08-2022 23:35:03 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 85 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-08-2022 23:32:13 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 86 | Info Hash: 3B6D0A5603E4D7CA4C24B6AAB2A0A40FA3A3F3C0<br>File Hash: 179B345EE04BFEC60986CCAA46F27280122E7CA87F7B22863E0E7C41DBAA3C14 | 02-08-2022 21:34:56 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 87 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 01-25-2022 21:08:59 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 88 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-23-2022 15:35:18 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 89 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash: F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-19-2022 22:03:09 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 90 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 01-16-2022 15:56:35 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 91 | Info Hash: 35550D0E94DF125C07A835DA795FB0110C059CB8<br>File Hash: ECD9E5DFE60684BF860690914F3CA57F19CD6D5AE6306BC052D79558BED06CD9 | 01-16-2022 06:34:14 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 92 | Info Hash: 9E1543FF1003B36A96330F556507E44979C5DA95<br>File Hash: BE9B0C5F0776C0A8009C6FA969C635377B9E276FECD044BB314FFD52B3FE0A34 | 01-10-2022 00:20:35 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 93 | Info Hash: BC8EE00DFDED18BD2ACCBF9E632FC72794E06557<br>File Hash: DE0DF26F77B9FFABE39EF99E8E615B814A2D51A9C26F81B765C8B65EE3340797 | 01-05-2022 01:11:08 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 94 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-28-2021 16:22:02 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 95 | Info Hash: 1D26D49A84F60EA8D2A668CC3255CBC054F35BA9<br>File Hash: AD3A01BCB924A9D59D41E8902AD47F44EE783F5F1DD6EB2531D52DB3B18EA612 | 12-27-2021 21:30:41 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash:<br>F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 12-27-2021 17:57:19 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 97 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash:<br>3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 12-26-2021 15:00:27 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 98 | Info Hash: 2C19AA6E15E6386C8BDB715BC853FF75A9BBCACC<br>File Hash:<br>D8D616C49A97884AFDB0EF5411FA0E16E9E1EF3523D961BF7A79EBD4DBE86A96 | 12-21-2021 21:50:39 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 99 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash:<br>66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-19-2021 15:52:58 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 100 | Info Hash: 8696CBEFBA695E7BFFE7E150752B613BEDD22114<br>File Hash:<br>884B2F88AA67231FC2FE5E7FEE7D753C67FC05F46B7454A7F5E35BBB8059119A | 12-19-2021 03:16:37 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 101 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash:<br>68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 12-12-2021 16:20:59 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 102 | Info Hash: 7624C6A91F2A593FE2916831525326865524B133<br>File Hash:<br>49B7C71F55A26E363D8FBAA3F6B56A2888A28FF337C254AE7685DC344C56E709 | 12-07-2021 20:50:41 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 103 | Info Hash: 3F1E4F5B33AD60766F9B6E48F7B1F01966C7953D<br>File Hash:<br>1834710524F74EC2B9A45E00D2EEE8343131B7FB1A25895C7F9AC9A28393D893 | 12-01-2021 23:46:19 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 104 | Info Hash: 7762CBBE6C9FB1534FF0CF55C10E854AB3F7B0A6<br>File Hash:<br>BDDC682B3B47C3CDA898F2029A36EF5F25706CA537E8EDB40534C680C6A67E5C | 11-10-2021 00:50:47 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 105 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash:<br>06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 11-05-2021 00:04:55 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 106 | Info Hash: 634B70078E93F75F084A98621D51AFC94191087B<br>File Hash:<br>1D8CF0C11A85F5976211EA195778C57D294BB252C2E7AB41FA72C1711E28256C | 11-01-2021 20:09:28 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 107 | Info Hash: CC73BA58509C5CC8C9728E50AF0ADCC2309610D9<br>File Hash:<br>29F574469B30FD6E53418141217398D0F9175F40B85D21F59FDBBA0498559C3F | 10-25-2021 20:46:00 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash:<br>8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 10-25-2021 14:15:33 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 109 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash:<br>393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 10-17-2021 19:45:37 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 110 | Info Hash: 5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash:<br>662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 10-03-2021 23:29:15 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 111 | Info Hash: 48763EB4612121123855F281322DE1CB502DE07D<br>File Hash:<br>EF232B2670D7836517A9C66EE4B21FB631441CC887F313CA953A869BB54C3676 | 10-02-2021 19:22:24 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 112 | Info Hash: 343469C81E554999AA138B4E8CF3EF6ED54D4389<br>File Hash:<br>4571AC943DDA6169990985020A86CDD327E998F1CA7DC94CE1742C508289DDF3 | 09-28-2021 21:43:42 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 113 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash:<br>F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 09-26-2021 16:26:52 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 114 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash:<br>A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 09-20-2021 16:55:56 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 115 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash:<br>785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-20-2021 16:48:29 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 116 | Info Hash: 155F9C2D065D97AE8B30367E00650A8D9452E6A2<br>File Hash:<br>2458FBF03E1CA2761B208151E25DB463C4FC20B3D305DA40A6198E112484882A | 09-17-2021 23:31:20 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |